Johnson, J.
 

 delivered tlie opinion of the Court as follows:
 

 This case bears, every feature of fairness. The voyage was undertaken upon the repeal of the orders ip council. The vessel was laden in the short space of four days, aiid sailed without a knowledge of tlie war. Her destination was alternative — to New York, if she could enter;
 
 it'not, to
 
 a British port. Upon arriving off Montaug, she receives notice of the war, and of. the danger of capture in prosecuting her voyage to New York. A pil<rt boat is then dispatched to New London by the captain with notice to his owners of his situation, and a request for instructions.
 

 To call off for instructions was fair and justifiable $ and to obtain them it was necessary that lie should await the return of the pilot boat. Thus circumstanced, a calm obliges him to drop anchor to prevent his drifting on shore and a storm forces him into a bay for shelter. Whilst there, his crew mutiny, and prevent his leaving the bay, in order to lie off. and await the return of his messenger $ and whilst plying in the waters between
 
 *183
 
 Montaug.and New ¡London, he is seized by the revenue cutter, and forced into the latter port. We are of opinion that there was nothing cither in action or intention which subjected this vessel to municipal forfeiture, A condenanation is claimed on no other'ground ; aiid the decree of of the Circuit Court must, therefore, he affirmed.
 

 The claims of the several parcels of merchandize seized in the Fanny, rest on the same circumstances, and must likewise be restored.